# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE SAPOZHNIKOV and US REALTY GROUP LLC, on behalf of themselves individually and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NEW YORK COMMUNITY BANK,<br><br>        Defendant. | Case No. 2:23-cv-01609-KAM-SIL |

## PLAINTIFFS' UNOPPPOSED NOTICE OF MOTION
## FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Michelle Sapozhnikov and US Realty Group LLC on behalf of themselves (the "Plaintiffs") and those similarly situated, hereby move before the United States District Court for the Eastern District of New York to certify settlement classes pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, appoint KalielGold PLLC, Jennings & Earley PLLC, and Weitz & Luxunberg, PC as class counsel, and grant preliminary approval of the settlement for the reasons set forth in the accompanying memorandum of law and the declaration of proposed Class Counsel.  Defendant New York Community Bank ("NYCB") does not oppose Plaintiffs' motion.

Dated: July 23, 2025

Respectfully submitted,

/s/*Sophia G. Gold*
Sophia G. Gold
**KALIEL GOLD PLLC**
110 15th Street NW, 4th Floor
Washington, DC 20005
(202) 350-4783
sgold@kalielgold.com

Tyler B Ewigleben
**JENNINGS & EARLEY PLLC**
500 President Clinton Avenue
Ste 110
Little Rock, AR 72201
317-695-1712
Email: tyler@jefirm.com

James Jackson Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
212-558-5500
Email: jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and Proposed Class Counsel*