IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE SAPOZHNIKOV and US REALTY GROUP LLC, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK COMMUNITY BANK,<br><br>Defendant. | Case No. 2:23-cv-01609-KAM-SIL |

**PLAINTIFFS' UNOPPPOSED NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Michelle Sapozhnikov and US Realty GroupLLC on behalf of themselves (the "Plaintiffs") and those similarly situated, hereby move on January 13, 2026, at 10:30 a.m., before the United States District Court for the Eastern District of New York for an order (1) granting final approval of the Settlement; (2) affirm its certification of the Settlement Classes pursuant to Rules 23(a) and 23(b)(3) for settlement purposes only; (3) affirm its appointment of Michelle Sapozhnikov and US Realty Group LLC as Class Representatives; (4) affirm appointment of Sophia Gold, James J. Bilsborrow, and Tyler B. Ewigleben as Class Counsel; (5) find that the Class Notice satisfied the requirements of due process, CAFA, and Rule 23; (6) award attorneys' fees to Class Counsel in the amount of $411,166.70, which represents 33.33% of the Value of the Settlement; (7) award each Class Representative a Service Award in the amount of $15,000.00; (8) award Class Counsel reimbursement of litigation costs in the amount of $8,085.97; and (9) enter the attached Final Approval Order, dismissing this Action with prejudice.

Dated: November 26, 2025

Respectfully submitted,

*/s/ Sophia G. Gold*
Sophia G. Gold
**KALIELGOLD PLLC**
490 43rd Street, Suite 200
Oakland, California 94609
Telephone: (202) 350-4783
Email: gold@kalielgold.com

Chris Jennings (*pro hac vice*)
Tyler B Ewigleben (*pro hac vice*)
**JENNINGS & EARLEY PLLC**
500 President Clinton Avenue, Suite 110
Little Rock, Arkanas 72201
Telephone: 317-695-1712
Email: chris@jefirm.com
         tyler@jefirm.com

James Jackson Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Email: jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and Proposed Class Counsel*